**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**

IN RE: Misti L. Gartz             )

                                        )      Case No.: 23-20041

                                        )

             Debtor(s)       )

**MOTION FOR POST-CONFIRMATION FEES**

        Comes now, attorney for Debtor(s) hereby requests additional compensation for services performed on behalf of the Debtor(s).

\_\_\_\_X_____ Motions to Approve Settlement/Allow Use of Settlement - $250
                 Date Motion filed 4/11/2024
\_\_\_X_____ Motions to Retain  - $250
                 Date Motion filed *4/11/2024*

        The services indicated above having been completed, additional compensation is hereby requested in the amount of $500.00, and expenses in the amount of $0.00.

4/11/2024

                                       Respectfully submitted,
                                       W M Law

                                       s/ Ryan A Blay
                                       Ryan A Blay, KS #28110
                                       15095 W 116th St.
                                       Olathe, KS 66062
                                       (913) 422-0909 / (913) 428-8549
                                       Blay@wagonergroup.com
                                       ATTORNEY FOR DEBTOR(S)

## <u>NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON DEBTOR'S COUNSEL'S MOTION FOR POST-CONFIRMATION</u>

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before May 2, 2024, the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a nonevidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, on May 16, 2024, at 1:30 p.m., or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 11, 2024, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

Misti Gartz        Served via US Mail
2338 N 63rd St.
Kansas City, KS 66104

William H. Griffin       Served via US Mail

5115 Roe Ave. Ste 200

Roeland Park, KS 66205


Attorney for the United States Trustee  Served via US Mail

301 North Main, Suite 1150

Wichita, KS 67202


     s/ Ryan A Blay
     ATTORNEY FOR DEBTORS

2