# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

IN RE: Misti L. Gartz          )
                                )     Case No.: 23-20041
          Debtor(s)      )

### NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON DEBTOR'S MOTION TO APPROVE SETTLEMENT, MOTION TO RETAIN FUNDS & COUNSEL'S MOTION FOR POST-CONFIRMATION FEE'S

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before May 2, 2024, the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

**If an objection is timely filed, a nonevidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, on May 16, 2024, at 1:30 p.m., or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.**

### CERTIFICATE OF SERVICE
I hereby certify that on April 11, 2024, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

**[See attached mailing matrix]**

s/ Ryan A. Blay

Label Matrix for local noticing
1083-2
Case 23-20041
District of Kansas
Kansas City
Thu Mar 16 10:00:39 CDT 2023

ACE Cash Express
300 E John Carpenter Fwy #900
Irving TX 75062-2789

AT&T Bankruptcy Department
PO BOX 769
Arlington TX 76004-0769

Advance America
7636 State Avenue, Kansas City, KS 66112

Ameristar Casino
3200 North Ameristar Dr
Kansas City MO 64161-9223

Argosy Casino
PO Box 30031
Tampa FL 33630-3031

At&t Mobility
PO Box 537104
Atlanta GA 30353-7104

Auto Now
9393 W 110th St, Ste 420
Overland Park, KS 66210-1419

BANK OF AMERICA
PO BOX 982238
El Paso TX 79998-2238

Ball's Food Stores Inc.
5300 Speaker Rd.
Kansas City KS 66106-1050

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Bridgeway Legal
1295 Northern Blvd #22,
Manhasset NY 11030-3002

Bristol West Insurance Group
Services, Inc. of Florida
PO Box 371329
Pittsburgh PA 15250-7329

Capital One Bank USA NA
PO Box 31293
Salt Lake City UT 84131-0293

Capital One NA
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

(p)THRIVOS INC
725 E COVEY LANE
SUITE 150
PHOENIX AZ 85024-5645

CashNetUSA
175 W Jackson Blvd
Suite 1000
Chicago IL 60604-2863

Check N Go
7567 State Ave.
Kansas City KS 66112-2815

Check N Go
PO Box 36124
Cincinnati, OH 45236-0124

Credence Resource Management
PO Box 2147
Southgate MI 48195-4147

Credit Collection
725 Canton St
Norwood MA 02062-2679

Credit Collection Services
PO Box 607
Norwood MA 02062-0607

Dept. of Ed/Nelnet
PO Box 82561
Lincoln NE 68501-2561

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Dominic Johnson
2338 N 63rd St
Kansas City KS 66104-2721

EOS CCA
PO Box 981002
Boston MA 02298-1002

EOS CCA
PO Box 981025
Boston MA 02298-1025

Edge
PO Box 2340
Orem UT 84059-2340

Empire Financial Inc.
6901 E. Front St.
Kansas City MO 64120-1303

FIRST PREMIER BANK
3820 N LOUISE AVE
Sioux Falls SD 57107-0145

| | | |
|---|---|---|
| (p)FIRST LOAN<br>PO BOX 1536<br>LOWER LAKE CA 95457-1536 | First Premier Bank<br>PO Box 43297<br>Jacksonville FL 32203-3297 | First Premier Bank<br>PO Box 5519<br>Sioux Falls SD 57117-5519 |
| Great Plains Lending<br>1050 E 2nd Street<br>Box 500<br>Edmond OK 73034-5313 | Green Dot Bank<br>PO Box 5100<br>Pasadena CA 91117-0100 | (p)HOLLYWOOD CASINO<br>ATTN DAVE RICE<br>777 HOLLYWOOD CASINO BLVD<br>KANSAS CITY KS 66111-8102 |
| Hundal Properties LLC<br>13320 W. 68th Terr.<br>Shawnee KS 66216-4312 | IC System<br>PO Box 64378<br>Saint Paul MN 55164-0378 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| (p)KANSAS DEPARTMENT OF REVENUE<br>PO BOX 12005<br>TOPEKA KS 66601-3005 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka KS 66611-2005 | Kansas Turnpike Authority<br>PO Box 5017<br>Wichita KS 67201-5017 |
| Kansas Turnpike Authority<br>PO Box 802746<br>Kansas City MO 64180-2746 | Kroger<br>PO Box 30650<br>attn:customer relations center<br>Salt Lake City UT 84130-0650 | Liberty Mutual<br>PO Box 958416<br>Lake Mary FL 32795-8416 |
| MRS BPO L.L.C.<br>1930 Olney Avenue<br>Cherry Hill NJ 08003-2016 | Miller Investment Group<br>d/b/a Auto Now<br>1404 E. Santa Fe.<br>Olathe KS 66061-3641 | Missouri Department of Revenue<br>PO Box 475<br>Jefferson City MO 65105-0475 |
| Plaza Services, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Populus Financial Group Inc.<br>6427 State Ave.<br>d/b/a Ace Cash Express<br>Kansas City KS 66102-1148 | Premier Bankcard, LLC<br>Jefferson Capital Systems, LLC Assignee<br>PO Box 7999<br>St. Cloud MN 56302-7999 |
| Providence Medical Center<br>PO Box 1280<br>Oaks PA 19456-1280 | Rent-A-Center<br>10909 W. 63rd St<br>Shawnee KS 66203-3513 | Rent-A-Center<br>6423 State Ave.<br>Kansas City KS 66102-1148 |
| Speedy/Rapid Cash<br>PO Box 782660<br>Wichita, KS 67278 | State Farm Life Insurance Co.<br>PO Box 2364<br>Bloomington IL 61702-2364 | Sunrise Credit Services<br>POB 9100<br>Farmingdale NY 11735-9100 |
| (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | TRS Recovery Services, Inc.<br>1600 Terrell Mill Road<br>Marietta GA 30067-8307 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 |

```
(p)US BANK                          US Bank                              US Department of Education c/o Nelnet
PO BOX 5229                         PO Box 5227                          121 S 13th St
CINCINNATI OH 45201-5229            Cincinnati OH 45202-5227             Lincoln, NE 68508-1904


Unified Government of Wyandott      University of Kansas Health Sy        Valor Intelligent Processing
7900 NW 154th St.                   POB 955801, Saint Louis, MO 63195-5801   PO Box 551259
Ste. 201                                                                 Jacksonville FL 32255-1259
Miami Lakes FL 33016-5816


Verizon Wireless                    Verizon Wireless/Southeast           (p)WEST SIDE LENDING  LLC
PO Box 650051                       PO Box 26055                         PO BOX 687
Dallas TX 75265-0051                Nat'l Recovery Dept, M.S. 400        KESHENA WI 54135-0687
                                    Minneapolis MN 55426-0055


World Acceptance Corporation        World FInance Company                World Finance Co. c/o World Acceptance Corp.
5710 NE Antioch Rd.                 108 Frederick Street N               Attn: Bankruptcy Processing Center
Kansas City MO 64119-2020           Greenville SC 29607-2532             PO Box 6429
                                                                         Greenville, SC 29606-6429


World Finance Company               Misti Lea Gartz                      Ryan A Blay
PO Box 6429                         2338 N. 63rd St.                     WM Law
Greenville SC 29606-6429            Kansas City, KS 66104-2721           15095 W 116th St
                                                                         Olathe, KS 66062-1098


William H Griffin
5115 Roe Blvd Ste 200
Roeland Park, KS 66205-2393
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Cash 1                              DirecTV                              First Loan
725 Covey Lane, Ste. 170            PO Box 9001069                       PO Box 1536
Phoenix AZ 85024                    Louisville KY 40290                  Lower Lake CA 95457


Hollywood Casino                    Kansas Department of Revenue         T-mobile
777 Hollywood Casino Blvd           915 SW Harrison St.                  Attn: Bankruptcy Dept.
Kansas City KS 66111                Topeka KS 66612-1588                 PO Box 53410
                                                                         Bellevue WA 98015-3410


US Bank                             (d)US Bank                           West Side Lending
PO Box 108                          PO Box 1800                          PO Box 687
Saint Louis MO 63166-0108           Saint Paul MN 55101-0800             Keshena WI 54135
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Concord Finance                          End of Label Matrix
dba Speedy Cash, 3947 Main St, Kansas Ci    Mailable recipients    75
                                            Bypassed recipients     1
                                            Total                  76