# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY DIVISION

In re:    MISTI L. GARTZ                   )    Case No. 23-20041

                Debtor       )    Chapter 13

## MOTION TO MODIFY (SURRENDER PROPERTY, ABATE AND DECREASE) CHAPTER 13 PLAN AND REQUEST FOR POST-PETITION ATTORNEY'S FEES

**COMES NOW** Debtor, Misti Gartz ("Debtor"), by and through Counsel, and for this Amended Motion to Modify (Surrender Property, Abate, and Decrease) Chapter 13 Plan (the "Plan"), states that:

1.    On January 18, 2023, Debtor filed a Petition and Plan for Chapter 13 relief.

2.    On October 18, 2023, the Debtor's Modified Plan was confirmed by Order of this Court (Doc. #51).

3.    Since the confirmation of the Plan, the Debtor has experienced a number of changed circumstances which were unexpected and out of the Debtor's control:

    a.  Debtor lost her employment with Hostess Foods.  She is now working for Amazon receiving about 20 hours per week of work.  Her son is assisting with bills where can.

    b.  Her 2011 Chevrolet HHR, financed through Auto Now, is no longer operational and is sitting unused in her driveway.  She is currently exploring other options for a new vehicle but won't be qualified to finance anything without first reducing her Chapter 13 plan payment.

4.    As a result of her decreased income, Debtor is also delinquent in her Chapter 13 payments for $1048.50 plus July's $770 payment.

5.    In light of the above, Debtor now moves the Court for an order permitting her to amend the Chapter 13 Plan to reflect the following:

    a.    Surrender the 2011 Chevrolet HHR to Auto Now in full satisfaction of Auto Now's secured claim.  The Trustee shall stop paying on the Auto Now claim and Auto Now may elect to file a deficiency claim for any amount remaining after the vehicle is repossessed and sold.

    b.    Abate delinquent payments through **July 2024** with reduced payments of $250 per month to resume in **August 2024**.

    c.    Award an additional $500 in attorney's fees to WM Law for post-petition work on this modification to the Plan.

6.    Debtor states the abatement and decreased Plan payment requested herein will not cause the Plan to run beyond the statutorily allowed term and will still pay general unsecured Claims more than that of a Chapter 7 liquidation.  The Debtor will anticipate seeking leave to finance a new vehicle

in the near future with surplus income from the modification of her Plan.

**WHEREFORE,** Debtor prays the Court for an order permitting her to modify the Chapter 13 Plan per the details outlined in paragraph 5 above, for an order directing the Chapter 13 Trustee to abate all defaulted Plan payments through July 2024, with reduced payments to resume August 2024, and for such further relief as the Court deems equitable and proper upon the premises.

Dated: July 22, 2024

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, Bar #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON MOTION

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before Monday, August 12, 2024, the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **151**, Kansas City, Kansas 66101, on **August 20, 2024, at 1:30 p.m.,** or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2024, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF. William H. Griffin, Standing Chapter 13 Trustee via ECF notice.

**[See attached mailing matrix]**

s/ Ryan A. Blay

Label Matrix for local noticing
1083-2
Case 23-20041
District of Kansas
Kansas City
Thu Mar 16 10:00:39 CDT 2023

ACE Cash Express
300 E John Carpenter Fwy #900
Irving TX 75062-2789

AT&T Bankruptcy Department
PO BOX 769
Arlington TX 76004-0769

Advance America
7636 State Avenue, Kansas City, KS 66112

Ameristar Casino
3200 North Ameristar Dr
Kansas City MO 64161-9223

Argosy Casino
PO Box 30031
Tampa FL 33630-3031

At&t Mobility
PO Box 537104
Atlanta GA 30353-7104

Auto Now
9393 W 110th St, Ste 420
Overland Park, KS 66210-1419

BANK OF AMERICA
PO BOX 982238
El Paso TX 79998-2238

Ball's Food Stores Inc.
5300 Speaker Rd.
Kansas City KS 66106-1050

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Bridgeway Legal
1295 Northern Blvd #22,
Manhasset NY 11030-3002

Bristol West Insurance Group
Services, Inc. of Florida
PO Box 371329
Pittsburgh PA 15250-7329

Capital One Bank USA NA
PO Box 31293
Salt Lake City UT 84131-0293

Capital One NA
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

(p)THRIVOS INC
725 E COVEY LANE
SUITE 150
PHOENIX AZ 85024-5645

CashNetUSA
175 W Jackson Blvd
Suite 1000
Chicago IL 60604-2863

Check N Go
7567 State Ave.
Kansas City KS 66112-2815

Check N Go
PO Box 36124
Cincinnati, OH 45236-0124

Credence Resource Management
PO Box 2147
Southgate MI 48195-4147

Credit Collection
725 Canton St
Norwood MA 02062-2679

Credit Collection Services
PO Box 607
Norwood MA 02062-0607

Dept. of Ed/Nelnet
PO Box 82561
Lincoln NE 68501-2561

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Dominic Johnson
2338 N 63rd St
Kansas City KS 66104-2721

EOS CCA
PO Box 981002
Boston MA 02298-1002

EOS CCA
PO Box 981025
Boston MA 02298-1025

Edge
PO Box 2340
Orem UT 84059-2340

Empire Financial Inc.
6901 E. Front St.
Kansas City MO 64120-1303

FIRST PREMIER BANK
3820 N LOUISE AVE
Sioux Falls SD 57107-0145

| | | |
|---|---|---|
| (p)FIRST LOAN<br>PO BOX 1536<br>LOWER LAKE CA 95457-1536 | First Premier Bank<br>PO Box 43297<br>Jacksonville FL 32203-3297 | First Premier Bank<br>PO Box 5519<br>Sioux Falls SD 57117-5519 |
| Great Plains Lending<br>1050 E 2nd Street<br>Box 500<br>Edmond OK 73034-5313 | Green Dot Bank<br>PO Box 5100<br>Pasadena CA 91117-0100 | (p)HOLLYWOOD CASINO<br>ATTN DAVE RICE<br>777 HOLLYWOOD CASINO BLVD<br>KANSAS CITY KS 66111-8102 |
| Hundal Properties LLC<br>13320 W. 68th Terr.<br>Shawnee KS 66216-4312 | IC System<br>PO Box 64378<br>Saint Paul MN 55164-0378 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| (p)KANSAS DEPARTMENT OF REVENUE<br>PO BOX 12005<br>TOPEKA KS 66601-3005 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka KS 66611-2005 | Kansas Turnpike Authority<br>PO Box 5017<br>Wichita KS 67201-5017 |
| Kansas Turnpike Authority<br>PO Box 802746<br>Kansas City MO 64180-2746 | Kroger<br>PO Box 30650<br>attn:customer relations center<br>Salt Lake City UT 84130-0650 | Liberty Mutual<br>PO Box 958416<br>Lake Mary FL 32795-8416 |
| MRS BPO L.L.C.<br>1930 Olney Avenue<br>Cherry Hill NJ 08003-2016 | Miller Investment Group<br>d/b/a Auto Now<br>1404 E. Santa Fe.<br>Olathe KS 66061-3641 | Missouri Department of Revenue<br>PO Box 475<br>Jefferson City MO 65105-0475 |
| Plaza Services, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Populus Financial Group Inc.<br>6427 State Ave.<br>d/b/a Ace Cash Express<br>Kansas City KS 66102-1148 | Premier Bankcard, LLC<br>Jefferson Capital Systems, LLC Assignee<br>PO Box 7999<br>St. Cloud MN 56302-7999 |
| Providence Medical Center<br>PO Box 1280<br>Oaks PA 19456-1280 | Rent-A-Center<br>10909 W. 63rd St<br>Shawnee KS 66203-3513 | Rent-A-Center<br>6423 State Ave.<br>Kansas City KS 66102-1148 |
| Speedy/Rapid Cash<br>PO Box 782660<br>Wichita, KS 67278 | State Farm Life Insurance Co.<br>PO Box 2364<br>Bloomington IL 61702-2364 | Sunrise Credit Services<br>POB 9100<br>Farmingdale NY 11735-9100 |
| (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | TRS Recovery Services, Inc.<br>1600 Terrell Mill Road<br>Marietta GA 30067-8307 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 |

| | | |
|---|---|---|
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Bank<br>PO Box 5227<br>Cincinnati OH 45202-5227 | US Department of Education c/o Nelnet<br>121 S 13th St<br>Lincoln, NE 68508-1904 |
| Unified Government of Wyandott<br>7900 NW 154th St.<br>Ste. 201<br>Miami Lakes FL 33016-5816 | University of Kansas Health Sy<br>POB 955801, Saint Louis, MO 63195-5801 | Valor Intelligent Processing<br>PO Box 551259<br>Jacksonville FL 32255-1259 |
| Verizon Wireless<br>PO Box 650051<br>Dallas TX 75265-0051 | Verizon Wireless/Southeast<br>PO Box 26055<br>Nat'l Recovery Dept, M.S. 400<br>Minneapolis MN 55426-0055 | (p)WEST SIDE LENDING  LLC<br>PO BOX 687<br>KESHENA WI 54135-0687 |
| World Acceptance Corporation<br>5710 NE Antioch Rd.<br>Kansas City MO 64119-2020 | World FInance Company<br>108 Frederick Street N<br>Greenville SC 29607-2532 | World Finance Co. c/o World Acceptance Corp.<br>Attn: Bankruptcy Processing Center<br>PO Box 6429<br>Greenville, SC 29606-6429 |
| World Finance Company<br>PO Box 6429<br>Greenville SC 29606-6429 | Misti Lea Gartz<br>2338 N. 63rd St.<br>Kansas City, KS 66104-2721 | Ryan A Blay<br>WM Law<br>15095 W 116th St<br>Olathe, KS 66062-1098 |
| William H Griffin<br>5115 Roe Blvd Ste 200<br>Roeland Park, KS 66205-2393 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cash 1<br>725 Covey Lane, Ste. 170<br>Phoenix AZ 85024 | DirecTV<br>PO Box 9001069<br>Louisville KY 40290 | First Loan<br>PO Box 1536<br>Lower Lake CA 95457 |
| Hollywood Casino<br>777 Hollywood Casino Blvd<br>Kansas City KS 66111 | Kansas Department of Revenue<br>915 SW Harrison St.<br>Topeka KS 66612-1588 | T-mobile<br>Attn: Bankruptcy Dept.<br>PO Box 53410<br>Bellevue WA 98015-3410 |
| US Bank<br>PO Box 108<br>Saint Louis MO 63166-0108 | (d)US Bank<br>PO Box 1800<br>Saint Paul MN 55101-0800 | West Side Lending<br>PO Box 687<br>Keshena WI 54135 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Concord Finance                          End of Label Matrix
dba Speedy Cash, 3947 Main St, Kansas Ci    Mailable recipients   75
                                            Bypassed recipients    1
                                            Total                 76