# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

**IN RE:**

Misti Lea Gartz

Debtor                    Case No: 23-20041-13

**CHAPTER 13 TRUSTEE'S OBJECTION TO MOTION TO MODIFY (SURRENDER PROPERTY, ABATE AND DECREASE) CHAPTER 13 PLAN AND REQUEST FOR POST-PETITION ATTORNEY'S FEES**

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby moves the Court to deny the MOTION TO MODIFY (SURRENDER PROPERTY, ABATE AND DECREASE) CHAPTER 13 PLAN AND REQUEST FOR POST-PETITION ATTORNEY'S FEES filed with the Court on July 22, 2024 and in support thereof states:

Plan unfeasible at the proposed decreased Plan payment of $250 Per month. $353 per month starting with the August 2024 Plan payment is needed for the Plan to amortize within 60 months of confirmation.

The motion states, the deceased Plan payment will still pay general unsecured claims more than that of a Chapter 7 liquidation. The Plan was confirmed paying the Chapter 7 liquidation value of $5,350.00 to unsecured creditors. At the current chapter 13 Plan payment of $770 per month, general unsecured claims are set to get the Chapter 7 liquidation value and no more; this will not change with a lower Plan payment.

WHEREFORE, the Trustee prays the Court enter an Order denying said MOTION TO MODIFY (SURRENDER PROPERTY, ABATE AND DECREASE) CHAPTER 13 PLAN AND REQUEST FOR POST-PETITION ATTORNEY'S FEES for the reasons noted above.

s/ W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that the Debtor and Debtor's Attorney will be served either electronically or via U.S. mail.

s/ W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com

Misti Lea Gartz
2338 N 63rd St
Kansas City, KS 66104