**Form ontcdue** (Revised 06/2017)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 23–20041                                          Chapter: 13

In re:

Misti Lea Gartz

2338 N. 63rd St.
Kansas City, KS 66104

SSN: xxx–xx–3835

| | |
|---|---|
| | **Filed and Entered<br>By The Court** |
| **ORDER SETTING DEADLINE FOR SUBMISSION OF ORDER** | **7/24/24**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

D. Kan. LBR 9004.1(c) and 9074.1 require that unless the Court directs otherwise, orders resulting from an actual hearing are due fourteen (14) days from the date of the hearing. Orders resulting from a notice with an objection deadline where no actual hearing was held are due fourteen (14) days after the expiration of the objection deadline.

The Court record indicates that Ryan Blay has not submitted the order(s) as directed.

The matter(s) which has been specified as outstanding is:

*71* – Application for Compensation for Ryan A Blay, Debtor's Attorney, Period: 4/11/2024 to 4/11/2024, Fee: $500, Expenses: $0. Filed on behalf of Attorney Ryan A Blay, with Certificate of Service.(Blay, Ryan)

**due by 5/2/2024**

**The outstanding order (or journal entry/withdrawal of motion or pleading) must be submitted within fourteen (14) days from the date of this order. If it is not submitted within fourteen (14) days, the Court will enter an order denying the motion/application in question for lack of prosecution without further notice, or may, in its sole discretion, set the matter for a show cause hearing.**

Document 85 – 71

s/  Robert D. Berger
United States Bankruptcy Judge