**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 8th day of August, 2024.**



Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| In re: Misti L. Gartz | ) | Case No. 23-20041 |
| | ) | |
| Debtor | ) | |

### ORDER APPROVING DEBTOR'S COUNSEL'S MOTION FOR POST-CONFIRMATION ATTORNEY FEES, DOCUMENT #71

Debtor's Counsel's Motion for Post-Confirmation Attorney Fees, Document #71, was filed on April 11, 2024. Debtor's Motion, having been noticed with an opportunity for hearing, with no objections filed and no hearing held, the Court finds that the Motion is granted.

It is therefore ORDERED that said motion be granted awarding $500.00 to WM Law to be paid through Debtor's Chapter 13 Plan

IT IS SO ORDERED

### ###

Respectfully Submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, KS# 28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909
Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR

Approved by,

s/ W. H. Griffin
Office of the Chapter 13 Trustee
William H. Griffin
5115 Roe Ave, Ste 200
Roeland Park, KS 66205-2393
Phone 913-677-1311
Fax 913-432-7857