**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 8th day of August, 2024.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In re:   Misti L. Gartz               )       Case No. 23-20041
                                      )
              Debtor          )

### ORDER APPROVING DEBTOR'S COUNSEL'S MOTION FOR POST-CONFIRMATION ATTORNEY FEES, DOCUMENT #71

     Debtor's Counsel's Motion for Post-Confirmation Attorney Fees, Document #71, was filed on April 11, 2024.  Debtor's Motion, having been noticed with an opportunity for hearing, with no objections filed and no hearing held, the Court finds that the Motion is granted.

     It is therefore ORDERED that said motion be granted awarding $500.00 to WM Law to be paid through Debtor's Chapter 13 Plan

IT IS SO ORDERED

###

Respectfully Submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, KS# 28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909
Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR

Approved by,

s/ W. H. Griffin
Office of the Chapter 13 Trustee
William H. Griffin
5115 Roe Ave, Ste 200
Roeland Park, KS 66205-2393
Phone 913-677-1311
Fax 913-432-7857

In re:                                                                    Case No. 23-20041-RDB

Misti Lea Gartz                                                           Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 09, 2024 | Form ID: pdf020 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: misti611@gmail.com | Aug 09 2024 20:12:00 | Misti Lea Gartz, 2338 N. 63rd St., Kansas City, KS 66104-2721 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2024           Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Evan L Moscov | on behalf of Creditor Scolopax  LLC evan.moscov@moscovlaw.com, teresap@w-legal.com |
| Ryan A Blay | on behalf of Debtor Misti Lea Gartz blay@wagonergroup.com bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |
| William H Griffin | inquiries@13trusteekc.com |
| William H Griffin | |

on behalf of Trustee William H Griffin inquiries@13trusteekc.com

TOTAL: 5