## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In re:  MISTI L. GARTZ )  Case No.  23-20041
)
Debtor )

### WITHDRAWAL OF DOCUMENT #198

COMES NOW Debtor, Misti L. Gartz, by and through the undersigned Counsel, and requests to withdraw the following documents: MOTION TO MODIFY (SURRENDER PROPERTY, ABATE AND DECREASE) CHAPTER 13 PLAN AND REQUEST FOR POST-PETITION ATTORNEY'S FEES and NOTICE OF OBJECTION DEADLINE, Documents #80, 81, 82, and 83. Amended Motions will be filed.

Dated: August 14, 2024          Respectfully submitted,
                                WM Law

                                s/ Ryan A Blay
                                Ryan A Blay, KS 28110
                                15095 W. 116th St.
                                Olathe, KS 66062
                                Phone (913) 422-0909
                                Fax (913) 428-8549
                                blay@wagonergroup.com
                                ATTORNEY FOR DEBTOR

### CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2024, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

                                s/ Ryan A Blay