**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**

In re:　　MISTI L. GARTZ　　　　　　　　）　　Case No. 23-20041
　　　　　　　　　　　　Debtor　　　　　　）　　Chapter 13

**MOTION TO MODIFY (SURRENDER PROPERTY, ABATE AND DECREASE)**
**CHAPTER 13 PLAN AND REQUEST FOR POST-PETITION ATTORNEY'S FEES**

**COMES NOW** Debtor, Misti Gartz ("Debtor"), by and through Counsel, and for this Amended Motion to Modify (Surrender Property, Abate, and Decrease) Chapter 13 Plan (the "Plan"), states that:

1.　On January 18, 2023, Debtor filed a Petition and Plan for Chapter 13 relief.

2.　On October 18, 2023, the Debtor's Modified Plan was confirmed by Order of this Court (Doc. #51).

3.　Since the confirmation of the Plan, the Debtor has experienced a number of changed circumstances which were unexpected and out of the Debtor's control:

a.　Debtor lost her employment with Hostess Foods.  She is now working for Amazon receiving about 20 hours per week of work.  Her son is assisting with bills where can.

b.　Her 2011 Chevrolet HHR, financed through Auto Now, is no longer operational and is sitting unused in her driveway.  She is currently exploring other options for a new vehicle but won't be qualified to finance anything without first reducing her Chapter 13 plan payment.

4.　As a result of her decreased income, Debtor is also delinquent in her Chapter 13 payments for $1048.50 plus July's $770 payment.

5.　In light of the above, Debtor now moves the Court for an order permitting her to amend the Chapter 13 Plan to reflect the following:

a.　Surrender the 2011 Chevrolet HHR to Auto Now in full satisfaction of Auto Now's secured claim.  The Trustee shall stop paying on the Auto Now claim and Auto Now may elect to file a deficiency claim for any amount remaining after the vehicle is repossessed and sold.

b.　Abate delinquent payments through **July 2024** with reduced payments of $353 per month to resume in **August 2024**.

c.　Award an additional $500 in attorney's fees to WM Law for post-petition work on this modification to the Plan.

6.　Debtor states the abatement and decreased Plan payment requested herein will not cause the Plan to run beyond the statutorily allowed term.  The Debtor will anticipate seeking leave to finance a

1

new vehicle in the near future with surplus income from the modification of her Plan.

**WHEREFORE,** Debtor prays the Court for an order permitting her to modify the Chapter 13 Plan per the details outlined in paragraph 5 above, for an order directing the Chapter 13 Trustee to abate all defaulted Plan payments through July 2024, with reduced payments to resume August 2024, and for such further relief as the Court deems equitable and proper upon the premises.

Dated: August 14, 2024   Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, Bar #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR

### <u>NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON MOTION</u>

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before September 4, 2024, the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a <u>non-evidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **151**, Kansas City, Kansas 66101, on **September 24, 2024, at 1:30 p.m.,** or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 14, 2024, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.
William H. Griffin, Standing Chapter 13 Trustee via ECF notice.

**[See attached mailing matrix]**

s/ Ryan A. Blay