**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 19th day of September, 2024.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

In re:  Misti Gartz ) Case No. 23-20041
DEBTOR )

### ORDER APPROVING DEBTOR'S AMENDED MOTION TO MODIFY CHAPTER 13 PLAN TO SURRENDER PROPERTY, ABATE AND DECREASE PAYMENTS, AND REQUEST FOR POST-CONFIRMATION COMPENSATION, DOC. NOS 90, 91 & 92

On **August 14, 2024,** Debtor filed **Doc. Nos. 90, 91 & 92,** the Motion to Modify Chapter 13 Plan to Surrender Property, Abate and Decrease Payments; and Counsel's Application for Compensation (collectively hereinafter the "Motions"). The Court finds that the Motions, having been noticed with an opportunity for hearing, with no objections filed, and having been agreed to by the Chapter 13 Trustee, are satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motions are GRANTED hereby ordering that:

1. **Doc. No. 90** is granted hereby directing the Chapter 13 Trustee to abate all defaulted Plan **payments though July 2024**, with decreased monthly payments of **$353.00** to **resume in August 2024**.
2. **Doc. No. 91** is granted directing the Chapter 13 Trustee (the "Trustee") to <u>cease</u> Plan disbursements in regards to Proof of Claim No. 1-1 filed by Auto Now. The 2011 Chevrolet HHR will be surrendered to Auto Now.
3. **Doc. No. 92** is granted hereby awarding WM Law post-Confirmation **attorney fees of $500.00**, which is to be paid through the Plan.

**IT IS SO ORDERED.**

###

Respectfully Submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, KS# 28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR


Approved by,

s/ W.H. Griffin
Office of the Chapter 13 Trustee
William H. Griffin
5115 Roe Ave, Ste 200
Roeland Park, KS 66205-2393
Phone 913-677-1311 / Fax 913-432-7857