**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 19th day of September, 2024.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

In re:      Misti Gartz                                    )      Case No. 23-20041
                                            DEBTOR      )

### ORDER APPROVING DEBTOR'S AMENDED MOTION TO MODIFY CHAPTER 13 PLAN TO SURRENDER PROPERTY, ABATE AND DECREASE PAYMENTS, AND REQUEST FOR POST-CONFIRMATION COMPENSATION, DOC. NOS 90, 91 & 92

On **August 14, 2024,** Debtor filed **Doc. Nos. 90, 91 & 92,** the Motion to Modify Chapter 13 Plan to Surrender Property, Abate and Decrease Payments; and Counsel's Application for Compensation (collectively hereinafter the "Motions").  The Court finds that the Motions, having been noticed with an opportunity for hearing, with no objections filed, and having been agreed to by the Chapter 13 Trustee, are satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motions are GRANTED hereby ordering that:

1. **Doc. No. 90** is granted hereby directing the Chapter 13 Trustee to abate all defaulted Plan **payments though July 2024**, with decreased monthly payments of **$353.00** to **resume in August 2024**.
2. **Doc. No. 91** is granted directing the Chapter 13 Trustee (the "Trustee") to <u>cease</u> Plan disbursements in regards to Proof of Claim No. 1-1 filed by Auto Now. The 2011 Chevrolet HHR will be surrendered to Auto Now.
3. **Doc. No. 92** is granted hereby awarding WM Law post-Confirmation **attorney fees of $500.00**, which is to be paid through the Plan.

**IT IS SO ORDERED.**

### ###

Respectfully Submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, KS# 28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR


Approved by,

s/ W.H. Griffin
Office of the Chapter 13 Trustee
William H. Griffin
5115 Roe Ave, Ste 200
Roeland Park, KS 66205-2393
Phone 913-677-1311 / Fax 913-432-7857

United States Bankruptcy Court

District of Kansas

In re:                                                                    Case No. 23-20041-RDB

Misti Lea Gartz                                                           Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol     Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: misti611@gmail.com | Sep 19 2024 19:59:00 | Misti Lea Gartz, 2338 N. 63rd St., Kansas City, KS 66104-2721 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024                Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:**

**Name                Email Address**

Evan L Moscov

        on behalf of Creditor Scolopax  LLC evan.moscov@moscovlaw.com, teresap@w-legal.com

Ryan A Blay

        on behalf of Debtor Misti Lea Gartz blay@wagonergroup.com
        bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

U.S. Trustee

        ustpregion20.wi.ecf@usdoj.gov

William H Griffin

        inquiries@13trusteekc.com

William H Griffin

on behalf of Trustee William H Griffin inquiries@13trusteekc.com

TOTAL: 5