# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
### KANSAS CITY DIVISION

In re:   MISTI L. GARTZ           )    Case No. 23-20041
              Debtor       )    Chapter 13

## MOTION TO MODIFY (ABATE AND INCREASE)
## CHAPTER 13 PLAN AND REQUEST FOR POST-PETITION ATTORNEY'S FEES

**COMES NOW** Debtor, Misti Gartz ("Debtor"), by and through Counsel, and for this Motion to Modify (Abate and Increase) Chapter 13 Plan (the "Plan"), states that:

1. On January 18, 2023, Debtor filed a Petition and Plan for Chapter 13 relief.

2. On October 18, 2023, the Debtor's Modified Plan was confirmed by Order of this Court (Doc. #51).

3. Since the confirmation of the Plan, the Debtor has experienced a number of changed circumstances which were unexpected and out of the Debtor's control. Debtor's vehicle was stolen while it was sitting inoperable. Debtor's family member will be gifting her a new vehicle which will reduce her excessive uber expenses.

4. In light of the above, Debtor now moves the Court for an order permitting her to amend the Chapter 13 Plan to reflect the following:

   a. Abate delinquent payments through **January 2025** with increased payments of $500 per month to resume in **February 2025**.

   b. Award an additional $500 in attorney's fees to WM Law for post-petition work on this modification to the Plan and Response to the Trustee's Motion to Dismiss.

5. Debtor states the abatement and decreased Plan payment requested herein will not cause the Plan to run beyond the statutorily allowed term.  The Debtor will anticipate seeking leave to finance a new vehicle in the near future with surplus income from the modification of her Plan.

**WHEREFORE,** Debtor prays the Court for an order permitting her to modify the Chapter 13 Plan per the details outlined in paragraph 5 above, for an order directing the Chapter 13 Trustee to abate all defaulted Plan payments through January 2025, with increased payments to resume February 2025, award attorney fees in the amount of $500 and for such further relief as the Court deems equitable and proper upon the premises.

Dated: January 3, 2025

Respectfully submitted,
WM Law

s/ Ryan A. Blay

Ryan A. Blay, Bar #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR

## **NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON MOTION**

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before January 24, 2025, the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **151**, Kansas City, Kansas 66101, on **February 18, 2025, at 1:30 p.m.,** or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2025, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.
William H. Griffin, Standing Chapter 13 Trustee via ECF notice.

**[See attached mailing matrix]**

s/ Ryan A. Blay