# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
### KANSAS CITY DIVISION

In re:    MISTI L. GARTZ                )    Case No. 23-20041
                    Debtor        )    Chapter 13

## MOTION TO MODIFY (ABATE AND INCREASE) CHAPTER 13 PLAN AND REQUEST FOR POST-PETITION ATTORNEY'S FEES

**COMES NOW** Debtor, Misti Gartz ("Debtor"), by and through Counsel, and for this Motion to Modify (Abate and Increase) Chapter 13 Plan (the "Plan"), states that:

1. On January 18, 2023, Debtor filed a Petition and Plan for Chapter 13 relief.

2. On October 18, 2023, the Debtor's Modified Plan was confirmed by Order of this Court (Doc. #51).

3. Since the confirmation of the Plan, the Debtor has experienced a number of changed circumstances which were unexpected and out of the Debtor's control. Debtor's vehicle was stolen while it was sitting inoperable. Debtor's family member will be gifting her a new vehicle which will reduce her excessive uber expenses.

4. In light of the above, Debtor now moves the Court for an order permitting her to amend the Chapter 13 Plan to reflect the following:

    a. Abate delinquent payments through **January 2025** with increased payments of $500 per month to resume in **February 2025**.

    b. Award an additional $500 in attorney's fees to WM Law for post-petition work on this modification to the Plan and Response to the Trustee's Motion to Dismiss.

5. Debtor states the abatement and decreased Plan payment requested herein will not cause the Plan to run beyond the statutorily allowed term. The Debtor will anticipate seeking leave to finance a new vehicle in the near future with surplus income from the modification of her Plan.

**WHEREFORE,** Debtor prays the Court for an order permitting her to modify the Chapter 13 Plan per the details outlined in paragraph 5 above, for an order directing the Chapter 13 Trustee to abate all defaulted Plan payments through January 2025, with increased payments to resume February 2025, award attorney fees in the amount of $500 and for such further relief as the Court deems equitable and proper upon the premises.

Dated: January 3, 2025

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, Bar #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON MOTION

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before January 24, 2025, the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **151**, Kansas City, Kansas 66101, on **February 18, 2025, at 1:30 p.m.,** or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2025, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.
William H. Griffin, Standing Chapter 13 Trustee via ECF notice.

**[See attached mailing matrix]**

s/ Ryan A. Blay

Label Matrix for local noticing
1083-2
Case 23-20041
District of Kansas
Kansas City
Thu Mar 16 10:00:39 CDT 2023

ACE Cash Express
300 E John Carpenter Fwy #900
Irving TX 75062-2789

AT&T Bankruptcy Department
PO BOX 769
Arlington TX 76004-0769

Advance America
7636 State Avenue, Kansas City, KS 66112

Ameristar Casino
3200 North Ameristar Dr
Kansas City MO 64161-9223

Argosy Casino
PO Box 30031
Tampa FL 33630-3031

At&t Mobility
PO Box 537104
Atlanta GA 30353-7104

Auto Now
9393 W 110th St, Ste 420
Overland Park, KS 66210-1419

BANK OF AMERICA
PO BOX 982238
El Paso TX 79998-2238

Ball's Food Stores Inc.
5300 Speaker Rd.
Kansas City KS 66106-1050

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Bridgeway Legal
1295 Northern Blvd #22,
Manhasset NY 11030-3002

Bristol West Insurance Group
Services, Inc. of Florida
PO Box 371329
Pittsburgh PA 15250-7329

Capital One Bank USA NA
PO Box 31293
Salt Lake City UT 84131-0293

Capital One NA
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

(p)THRIVOS INC
725 E COVEY LANE
SUITE 150
PHOENIX AZ 85024-5645

CashNetUSA
175 W Jackson Blvd
Suite 1000
Chicago IL 60604-2863

Check N Go
7567 State Ave.
Kansas City KS 66112-2815

Check N Go
PO Box 36124
Cincinnati, OH 45236-0124

Credence Resource Management
PO Box 2147
Southgate MI 48195-4147

Credit Collection
725 Canton St
Norwood MA 02062-2679

Credit Collection Services
PO Box 607
Norwood MA 02062-0607

Dept. of Ed/Nelnet
PO Box 82561
Lincoln NE 68501-2561

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Dominic Johnson
2338 N 63rd St
Kansas City KS 66104-2721

EOS CCA
PO Box 981002
Boston MA 02298-1002

EOS CCA
PO Box 981025
Boston MA 02298-1025

Edge
PO Box 2340
Orem UT 84059-2340

Empire Financial Inc.
6901 E. Front St.
Kansas City MO 64120-1303

FIRST PREMIER BANK
3820 N LOUISE AVE
Sioux Falls SD 57107-0145

(p)FIRST LOAN
PO BOX 1536
LOWER LAKE CA 95457-1536

First Premier Bank
PO Box 43297
Jacksonville FL 32203-3297

First Premier Bank
PO Box 5519
Sioux Falls SD 57117-5519

Great Plains Lending
1050 E 2nd Street
Box 500
Edmond OK 73034-5313

Green Dot Bank
PO Box 5100
Pasadena CA 91117-0100

(p)HOLLYWOOD CASINO
ATTN DAVE RICE
777 HOLLYWOOD CASINO BLVD
KANSAS CITY KS 66111-8102

Hundal Properties LLC
13320 W. 68th Terr.
Shawnee KS 66216-4312

IC System
PO Box 64378
Saint Paul MN 55164-0378

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

(p)KANSAS DEPARTMENT OF REVENUE
PO BOX 12005
TOPEKA KS 66601-3005

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66611-2005

Kansas Turnpike Authority
PO Box 5017
Wichita KS 67201-5017

Kansas Turnpike Authority
PO Box 802746
Kansas City MO 64180-2746

Kroger
PO Box 30650
attn:customer relations center
Salt Lake City UT 84130-0650

Liberty Mutual
PO Box 958416
Lake Mary FL 32795-8416

MRS BPO L.L.C.
1930 Olney Avenue
Cherry Hill NJ 08003-2016

Miller Investment Group
d/b/a Auto Now
1404 E. Santa Fe.
Olathe KS 66061-3641

Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475

Plaza Services, LLC
PO BOX 1931
Burlingame, CA 94011-1931

Populus Financial Group Inc.
6427 State Ave.
d/b/a Ace Cash Express
Kansas City KS 66102-1148

Premier Bankcard, LLC
Jefferson Capital Systems, LLC Assignee
PO Box 7999
St. Cloud MN 56302-7999

Providence Medical Center
PO Box 1280
Oaks PA 19456-1280

Rent-A-Center
10909 W. 63rd St
Shawnee KS 66203-3513

Rent-A-Center
6423 State Ave.
Kansas City KS 66102-1148

Speedy/Rapid Cash
PO Box 782660
Wichita, KS 67278

State Farm Life Insurance Co.
PO Box 2364
Bloomington IL 61702-2364

Sunrise Credit Services
POB 9100
Farmingdale NY 11735-9100

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

TRS Recovery Services, Inc.
1600 Terrell Mill Road
Marietta GA 30067-8307

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

| | | |
|---|---|---|
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Bank<br>PO Box 5227<br>Cincinnati OH 45202-5227 | US Department of Education c/o Nelnet<br>121 S 13th St<br>Lincoln, NE 68508-1904 |
| Unified Government of Wyandott<br>7900 NW 154th St.<br>Ste. 201<br>Miami Lakes FL 33016-5816 | University of Kansas Health Sy<br>POB 955801, Saint Louis, MO 63195-5801 | Valor Intelligent Processing<br>PO Box 551259<br>Jacksonville FL 32255-1259 |
| Verizon Wireless<br>PO Box 650051<br>Dallas TX 75265-0051 | Verizon Wireless/Southeast<br>PO Box 26055<br>Nat'l Recovery Dept, M.S. 400<br>Minneapolis MN 55426-0055 | (p)WEST SIDE LENDING  LLC<br>PO BOX 687<br>KESHENA WI 54135-0687 |
| World Acceptance Corporation<br>5710 NE Antioch Rd.<br>Kansas City MO 64119-2020 | World FInance Company<br>108 Frederick Street N<br>Greenville SC 29607-2532 | World Finance Co. c/o World Acceptance Corp.<br>Attn: Bankruptcy Processing Center<br>PO Box 6429<br>Greenville, SC 29606-6429 |
| World Finance Company<br>PO Box 6429<br>Greenville SC 29606-6429 | Misti Lea Gartz<br>2338 N. 63rd St.<br>Kansas City, KS 66104-2721 | Ryan A Blay<br>WM Law<br>15095 W 116th St<br>Olathe, KS 66062-1098 |
| William H Griffin<br>5115 Roe Blvd Ste 200<br>Roeland Park, KS 66205-2393 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cash 1<br>725 Covey Lane, Ste. 170<br>Phoenix AZ 85024 | DirecTV<br>PO Box 9001069<br>Louisville KY 40290 | First Loan<br>PO Box 1536<br>Lower Lake CA 95457 |
| Hollywood Casino<br>777 Hollywood Casino Blvd<br>Kansas City KS 66111 | Kansas Department of Revenue<br>915 SW Harrison St.<br>Topeka KS 66612-1588 | T-mobile<br>Attn: Bankruptcy Dept.<br>PO Box 53410<br>Bellevue WA 98015-3410 |
| US Bank<br>PO Box 108<br>Saint Louis MO 63166-0108 | (d)US Bank<br>PO Box 1800<br>Saint Paul MN 55101-0800 | West Side Lending<br>PO Box 687<br>Keshena WI 54135 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Concord Finance
dba Speedy Cash, 3947 Main St, Kansas Ci

End of Label Matrix
Mailable recipients    75
Bypassed recipients     1
Total                  76