**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 27th day of January, 2025.**



_____

Robert D. Berger
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

In Re:   Misti L. Gartz                                              )       Case No. 23-20041
                                                     Debtor    )

## ORDER APPROVING MOTION TO MODIFY (ABATE AND INCREASE) CHAPTER 13 PLAN, AND APPLICATION FOR COMPENSATION, DOC. NOS. 111/112

On **1/3/2025** Debtor filed **Doc. Nos. 111 and 112,** the Motion to Modify (Abate and Increase) Chapter 13 Plan Payments, and Debtor's Counsel's Application for Compensation (collectively hereinafter the "Motions").  The Court finds that said Motions, having been noticed with an opportunity for hearing, with no objections filed, no hearing held, and having been agreed to by the Chapter 13 Trustee, are satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motions are granted hereby ordering the following:

1.      **Document No. 111** is granted hereby directing the Chapter 13 Trustee to abate all delinquent Plan payments **through January 2025, with monthly payments of $500.00 to resume in February 2025**.

2.      **Document No. 112** is granted hereby awarding **WM Law $500.00 in attorney fees** for work performed Post-Confirmation, which is to be paid through the Chapter 13 Plan.

3.

**IT IS SO ORDERED.**

### ###

Respectfully Submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

Approved by,

s/ W.H. Griffin
Office of the Chapter 13 Trustee
William H. Griffin
5115 Roe Ave, Ste 200
Roeland Park, KS 66205-2393
Phone 913-677-1311 / Fax 913-432-7857