**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 27th day of January, 2025.**



_____

Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

In Re:  Misti L. Gartz                                      )      Case No. 23-20041

                                              Debtor    )

### ORDER APPROVING MOTION TO MODIFY (ABATE AND INCREASE) CHAPTER 13 PLAN, AND APPLICATION FOR COMPENSATION, DOC. NOS. 111/112

On **1/3/2025** Debtor filed **Doc. Nos. 111 and 112,** the Motion to Modify (Abate and Increase) Chapter 13 Plan Payments, and Debtor's Counsel's Application for Compensation (collectively hereinafter the "Motions").  The Court finds that said Motions, having been noticed with an opportunity for hearing, with no objections filed, no hearing held, and having been agreed to by the Chapter 13 Trustee, are satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motions are granted hereby ordering the following:

1.      **Document No. 111** is granted hereby directing the Chapter 13 Trustee to abate all delinquent Plan payments **through January 2025, with monthly payments of $500.00 to resume in February 2025**.

2.      **Document No. 112** is granted hereby awarding **WM Law $500.00 in attorney fees** for work performed Post-Confirmation, which is to be paid through the Chapter 13 Plan.

3.

**IT IS SO ORDERED.**

###

Respectfully Submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

Approved by,

s/ W.H. Griffin
Office of the Chapter 13 Trustee
William H. Griffin
5115 Roe Ave, Ste 200
Roeland Park, KS 66205-2393
Phone 913-677-1311 / Fax 913-432-7857

United States Bankruptcy Court

District of Kansas

In re:

Misti Lea Gartz
    Debtor

Case No. 23-20041-RDB

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1083-2             User: admin           Page 1 of 2

Date Rcvd: Jan 27, 2025       Form ID: pdf020        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: misti611@gmail.com | Jan 27 2025 20:18:00 | Misti Lea Gartz, 2338 N. 63rd St., Kansas City, KS 66104-2721 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2025           Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Evan L Moscov | on behalf of Creditor Scolopax  LLC evan.moscov@moscovlaw.com, teresap@w-legal.com |
| Ryan A Blay | on behalf of Debtor Misti Lea Gartz blay@wagonergroup.com bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |
| William H Griffin | inquiries@13trusteekc.com |
| William H Griffin | |

District/off: 1083-2

Date Rcvd: Jan 27, 2025

User: admin

Form ID: pdf020

Page 2 of 2

Total Noticed: 1

on behalf of Trustee William H Griffin inquiries@13trusteekc.com

TOTAL: 5